## Noon Unemployment Compensation Case.

Argued November 16, 1966. *Gilbert E. Caroff,* for claim-

ant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.